**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6634

CHILES P. EVANS,

Plaintiff - Appellant,

versus

MARK WARNER, Governor of Virginia; GENE
JOHNSON, Director of Virginia Department of
Corrections; HELEN F. FAHEY, Chairman Parole
Board; GAIL JONES, Chairman of C.C.B.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Freidman, District
Judge. (CA-05-220-2)

Submitted: July 27, 2005          Decided: August 5, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Chiles P. Evans, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chiles P. Evans appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Evans v. Warner, No. CA-05-220-2 (E.D. Va. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED